**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:20-cv-22773-UU

JESUS MARIN,

    Plaintiff,
v.

CARNIVAL CORPORATION,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court *sua sponte*. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises. On July 10, 2020, this Court entered its Order to Show Cause, requiring Plaintiff to show cause in writing by July 14, 2020, as to why he failed to file a proposed summons to be issued as required by Federal Rule of Civil Procedure 4(b) or, alternatively, to file his proposed summons by that date. D.E. 9. In that Order, the Court warned that "**[f]ailure to comply with this Order shall result in dismissal of this action without further notice**." *Id.* (emphasis in original).

Federal Rule of Civil Procedure 41(b) permits a Court to dismiss a case for failure to prosecute or to comply with a Court order. Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962) (clarifying that Rule 41(b) permits a Court to dismiss an action *sua sponte* for failure to comply with court order). As of the date of this Order, Plaintiff has failed to respond to the Court's Order to Show Cause. Moreover, the docket reflects that Plaintiff failed to pay his filing fee and, on July 6, 2020, the Clerk of Court instructed Plaintiff to pay the correct fees within 24 hours and file a Notice of Compliance. D.E. 3. This, too, Plaintiff has not done. Thus, the Court will dismiss the action without prejudice. Accordingly, it is

ORDERED AND ADJUDGED that the action is hereby DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th__ day of July, 2020.

*Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record